UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL D. WRIGHT, SR., ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | 4:08-cv-017-SEB-WGH |
| ) | |
| STATE OF INDIANA ATTORNEY GENERAL, ) | |
| ) | |
| Respondent. ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 08/22/2008

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michael D. Wright, Sr.
Reg. No. 78252-004
U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959

Kelly A. Miklos
OFFICE OF THE INDIANA ATTORNEY GENERAL
kelly.miklos@atg.in.gov