UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MICHAEL D. WRIGHT, SR., | ) | |
| Petitioner, | ) ) | |
| vs. | ) | 4:08-cv-017-SEB-WGH |
| STATE OF INDIANA ATTORNEY GENERAL, | ) ) ) | |
| Respondent. | ) ) | |

**E N T R Y**

The petitioner's renewed motion for the issuance of a certificate of appealability (dkt 53) and his motion under 28 U.S.C. § 144 (dkt 54) are each **denied,** because the appeal from the final judgment has been concluded, because no certificate of appealability was or is warranted, and because a party cannot force recusal merely by filing a complaint or a lawsuit against a judge. *See United States v. Martin-Trigona,* 759 F.2d 1017, 1020-21 (2d Cir. 1985).

**IT IS SO ORDERED.**

Date: 12/31/2009

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michael D. Wright, Sr.
Reg. No. 78252-004
U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959

Kelly A. Miklos
OFFICE OF THE INDIANA ATTORNEY GENERAL
kelly.miklos@atg.in.gov